**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.__________** |
| | § | |
| **SERGIO AUGUSTO VALLECILLO-MARQUEZ,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## COMPLAINT

Pursuant to Title 8, United States Code, Section 1324d(a), the United States of America, by its attorney, Nicholas J. Ganjei, United States Attorney for the Southern District of Texas, brings this action against Defendant Sergio Augusto Vallecillo-Marquez to collect a civil monetary penalty owed pursuant to Section 274D of the Immigration and Nationality Act ("INA"), and alleges the following:

### PARTIES

1. Plaintiff is the United States of America ("United States"). The United States brings this action on behalf of the Department of Homeland Security ("DHS") as an agency of the United States.

2. Upon information and belief, Defendant during all relevant times is an individual and noncitizen alien residing in Pasadena, TX, within this district.

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1345, and 1355(a) and venue is proper in the Southern District of Texas pursuant to 28 U.S.C. §§ 1391(b)(1), 1395(a).

APPLICABLE AUTHORITY

4. Pursuant to 8 U.S.C. § 1324d(a), an alien subject to a final order of removal who willfully fails or refuses to depart from the United States shall pay a civil penalty. Pursuant to 8 C.F.R. § 280.53(b)(14), the civil penalty is $998.00 for each day of the violation.

GENERAL ALLEGATIONS

5. Defendant is indebted to the United States for a civil penalty assessed for willfully failing or refusing to leave the United States pursuant to Defendant's Final Order of Removal.

6. On March 4, 2024, an Immigration Judge entered a Final Order of Removal against Defendant.

7. Pursuant to 8 U.S.C. § 1229a(c)(5), the Final Order of Removal stated that a willful failure or refusal to depart from the United States pursuant to the Order would subject Defendant to a civil monetary penalty for each day Defendant is in violation of the Order.

8. Upon information and belief, Defendant thereafter has willfully failed or refused to depart from the United States, in defiance of that Order.

9. On or about May 14, 2025, DHS sent Defendant a Notice of Intention to Fine ("NOIF"), notifying Defendant of its intent to impose a fine of $434,130.00 based on Defendant's willful failure or refusal to depart the United States.

10. On or about June 9, 2025, Defendant received delivery of the NOIF.

11. Defendant did not respond to the NOIF or otherwise contest the imposition of a penalty.

12. On or about July 8, 2025, DHS issued a final order, imposing a civil penalty of $434,130.00 on Defendant.

13. The civil monetary penalty remains unpaid and has accrued to $437,817.13 as of

October 31, 2025.

14. Upon information and belief, Defendant continues to reside in the United States.

PRAYER FOR RELIEF
Civil Penalties for Failure to Depart – 8 U.S.C. § 1324d(a), 8 C.F.R. § 280.53(b)(14)

WHEREFORE, Plaintiff United States of America prays:

15. For judgment against Defendant in the amount of $437,817.13, plus interest, penalties, costs and fees that have accrued to the date of judgment; and thereafter, interest accruing at the legal rate pursuant to 28 U.S.C. § 1961; and

16. For such other and further relief as the Court deems just and proper.

Respectfully submitted,
NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*/s/ Colin W. Hotard*
Colin W. Hotard
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
E-Mail: colin.hotard@usdoj.gov
SDTX No.: 3897860